

FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>FERNANDO ROMO<br>DEFENDANT(S). | CASE NUMBER<br>ED12-382M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __THURSDAY__, __OCT. 18__, at __3__ ☐ a.m. / ☒ p.m. before the Honorable __DAVID T. BRISTOW__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ~~_____ and~~ produced for the hearing.
(Other custodial officer)

Dated: __10/16/12__

_____
U.S. ~~District Judge~~/Magistrate Judge, David T. Bristow